EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00026 HG |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| DANIEL FARMER, (01) | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to the Memorandum of Plea Agreement entered between the United States and Defendant Daniel Farmer on October 3, 2003, and the government's oral motion at Defendant Daniel Farmer's sentencing on March 22, 2004, in connection with this proceeding and in connection with Cr. No. 02-00040 HG, the

United States herein moves to dismiss the indictment as to Defendant Daniel Farmer only.

DATED: June 22, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By [signature]
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

**HELEN GILLMOR**
HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

United States v. DANIEL FARMER
Cr. No. 03-00026 HG
   "Order for Dismissal"